**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7375**

---

GEORGE REYNOLD EVANS,

Plaintiff - Appellant,

versus

J. SHOAF, Detective; T. A. WEAVIL, Officer;
SERGEANT FRY; CITY OF WILMINGTON, NORTH
CAROLINA,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington. Terrence W. Boyle,
Chief District Judge. (CA-03-8)

---

Submitted: January 30, 2004          Decided: May 13, 2004

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

George Reynold Evans, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Reynold Evans appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Evans v. Shoaf</u>, No. CA-03-8 (E.D.N.C. July 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>